John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com
Carl Post, OSB No. 061058
carlpost@civilrightsoregon.com
SNYDER, POST AND BURGESS
1000 SW Broadway, Suite 2400
Portland, Oregon 97205
Telephone: (503) 241-3617
Facsimile: (503) 241-2249

Abby Greenfield, OSB No. 243463
abby@kedwards-law.com
LAW OFFICE OF KATHARINE EDWARDS
P.O. Box 417
Hillsboro, OR 97123
Telephone: (503) 664-0645
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF OREGON

| | |
|---|---|
| S.D., and J.F., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MIKE REES; RYAN LEGORE; JEREMY WAGNER; MARK NOOTH; AARON REYES; JOHN DOES 1–5; and STATE OF OREGON, by and through the Oregon Department of Corrections,<br><br>　　　　　Defendants. | Case No. 6:25-cv-01726-CL<br><br>***UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION** |

**LR 7-1 CERTIFICATE**

Defendants do not oppose this motion.

///

PAGE 1 – *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION

**MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully move for a one-week extension of time to file their response to Defendants' Motion for Reconsideration, which Defendants filed on May 6, 2026. Plaintiffs' response is currently due on May 20, 2026. Plaintiffs request that the Court extend that deadline by one week, to May 27, 2026.

Plaintiffs require additional time to prepare a response to defendants' motion. The requested extension is brief and Defendants do not oppose the requested extension.

For these reasons, Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Defendants' Motion for Reconsideration from May 20, 2026, to May 27, 2026.

Dated: May 20, 2026.

**LAW OFFICE OF KATHARINE EDWARDS**

*/s/ Abby Greenfield*
Abby Greenfield, OSB No. 243463
abby@kedwards-law.com
LAW OFFICE OF KATHARINE EDWARDS
P.O. Box 417
Hillsboro, Oregon 97123
Telephone: (503) 664-0645

John Burgess, OSB No. 106498
johnburgess@civilrightsoregon.com
Carl Post, OSB No. 061058
carlpost@civilrightsoregon.com
SNYDER, POST & BURGESS
Tel: (503) 241-3617 / Fax: (503) 241-2249
Attorneys for Plaintiff
