DAN RAYFIELD
Attorney General
EDWARD 'JAKE' MILLER  #232113
Assistant Attorney General
KRISTIN A. WINGES-YANEZ #065520
Senior Assistant Attorney General
Department of Justice
100 SW Market St
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000

JESSICA B. SPOONER #105919
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  jake.miller@doj.oregon.gov
        kristin.winges-yanez@doj.oregon.gov
        jessica.b.spooner@doj.oregon.gov

Attorneys for LeGore, Nooth, Reese, Reyes, Wagner, and the State of Oregon (collectively referred to as "State Defendants")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| S.D. and J.F., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIKE REES; RYAN LEGORE; JEREMY WAGNER; MARK NOOTH; AARON REYES; JOHN DOES 1–5; and STATE OF OREGON, by and through the Oregon Department of Corrections,<br><br>Defendants. | Case No.  6:25-cv-01726-CL<br><br>STIPULATED ORDER REGARDING PROTECTION OF PRIVILEGES |

Page 1 -   STIPULATED ORDER REGARDING PROTECTION OF PRIVILEGES
JM9/da3/ 1014529734

One or more of the parties has requested the production in discovery of documents or information that may be subject to evidentiary privileges, including attorney-client privilege and/or attorney work product doctrine.  The parties agree that good cause exists to protect privileged communications between parties and their counsel, and that entry of this Stipulated Clawback and Non-Waiver Order ("Clawback Order") is warranted to protect against disclosure of privileged communications or work product.

1.      Pursuant to Federal Rule of Evidence 502(d) disclosure in discovery by either party of privileged information or protected trial preparation materials shall not, subject to FRE 502(b), operate as a waiver of such privilege or immunity from discovery.

2.      A party learning that information that party has produced is subject to a claim of privilege or work product shall immediately notify the receiving parties in writing of its claim of privilege (including the basis(es) of the privilege claim) and identify the privileged material(s) in question.

3.      Upon receipt of such notice, the receiving parties shall return, turn over to the Court under seal, or destroy all copies of the privileged material. A party may challenge the assertion of privilege, or waiver thereof, by motion to the Court, following good faith efforts to confer and resolve the dispute. The disclosing party must preserve the disputed privileged material(s) until a final judgment no longer subject to appeal is entered in this case.

4.      Unless all parties agree in writing or the Court otherwise orders, no party may disclose to any third party, refer to in any court filing or proceeding, or otherwise use the allegedly privileged material(s) (or any information derived exclusively therefrom) in this or any other case unless and until the Court finds the material(s) is not subject to privilege, or otherwise orders disclosure.

Page 2 -    STIPULATED ORDER REGARDING PROTECTION OF PRIVILEGES
JM9/da3/ 1014529734

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(971) 673-1880 / Fax: (971) 673-5000

5.      This Clawback Order shall not constitute a waiver of any party's or non-party's right to oppose any discovery request or object to the admissibility of any document, testimony, or other information.

6.      The rights and obligations of the Clawback Order shall survive the conclusion of this action, and this Court shall retain jurisdiction of this action after its conclusion for the purpose of enforcing the terms of this Clawback Order.

**IT IS SO STIPULATED:**

_s/ John D. Burgess_____          DATED this __19th__ day of May, 2026.
**JOHN D. BURGESS**, OSB #106498
Of Attorneys for Plaintiffs


__s/ Edward 'Jake' Miller_____          DATED this __19th__ day of May, 2026.
**EDWARD 'JAKE' MILLER**, OSB #232113
Of Attorneys for State Defendants


DATED: _05/22/2026_____


                                        /S/ Mark D. Clarke_____
                                        HONORABLE MARK D. CLARKE
                                        U. S. District Court Judge

Submitted by: Edward 'Jake' Miller
              Assistant Attorney General
              Of Attorneys for State Defendants


Page 3 -    STIPULATED ORDER REGARDING PROTECTION OF PRIVILEGES
            JM9/da3/ 1014529734

## CERTIFICATE OF SERVICE

I certify that on May __20__, 2026, I served the foregoing STIPULATED ORDER

REGARDING PROTECTION OF PRIVILEGES upon the parties hereto by the method

indicated below, and addressed to the following:

| | |
|---|---|
| **John D Burgess** | ___ HAND DELIVERY |
| **Carl Lee Post** | ___ MAIL DELIVERY |
| **Snyder, Post and Burgess** | ___ OVERNIGHT MAIL |
| 1000 S.W. Broadway, Ste 2400 | ___ TELECOPY (FAX) |
| Portland, OR 97205 | _X_ E-MAIL |
| *Of Attorneys for Plaintiff* | *johnburgess@civilrightsoregon.com;* |
| | *carlpost@civilrightsoregon.com* |
| | _X_ E-SERVE |

| | |
|---|---|
| **Abby Greenfield** | ___ HAND DELIVERY |
| **Law Office of Katharine Edwards** | ___ MAIL DELIVERY |
| P.O. Box 417 | ___ OVERNIGHT MAIL |
| Hillsboro, OR 97123 | ___ TELECOPY (FAX) |
| *Attorney for Plaintiff* | _X_ E-MAIL |
| | *abby@kedwards-law.com* |
| | _X_ E-SERVE |

 

    *s/ Edward 'Jake' Miller*
EDWARD 'JAKE' MILLER #232113
Assistant Attorney General
JESSICA B. SPOONER #105919
KRISTIN A. WINGES-YANEZ #065520
Senior Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
jake.miller@doj.oregon.gov
jessica.b.spooner@doj.oregon.gov
kristin.winges-yanez@doj.oregon.gov
Of Attorneys for State Defendants

Page 1 -   CERTIFICATE OF SERVICE
    JM9/da5/1000803143